UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVONTAE QUINTEZ WHITE #22492-040,

    Plaintiff,

v.

    Hon. Hala Y. Jarbou

    Case No. 1:21-cv-979

DAVID GILLEM, et al.,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff, a federal prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several Defendants alleging a violation of his Fourth Amendment rights. Because Plaintiff has failed to serve Defendants timely, I recommend that this action be dismissed without prejudice.

    Plaintiff filed his complaint in this action on November 19, 2021. Although a deficiency order was initially entered (ECF No. 3), it was subsequently vacated after Plaintiff paid the filing fee. On January 14, 2022, I issued an order directing the Clerk's office to issue summonses to Plaintiff and notifying Plaintiff that because he was not proceeding *in forma pauperis*, he was responsible for service of the summons and complaint on each Defendant. The order further notified Plaintiff that he could file a motion for service by the Marshal's Service but would remain responsible for the costs of service. (ECF No. 13.) On March 16, 2022, a Notice of Impending Dismissal was sent to Plaintiff. (ECF No. 16.) Plaintiff responded by requesting that the Court appoint the Marshal's Service to serve the summonses and complaints on Defendants. On April 12, 2022, I entered an order granting Plaintiff's request, subject to his prepayment of the costs of service. Plaintiff was also notified that, alternatively, he may apply to proceed *in forma pauperis*

for the remainder of the case. Finally, Plaintiff was directed to provide seven copies of the complaint to the Court for service. The time for service was extended an additional 60 days. (ECF No. 18.) Thereafter, Plaintiff failed to take any verifiable action to accomplish service.

On July 13, 2022, I entered an order directing Plaintiff to show cause by August 3, 2022, why a report and recommendation should not be issued that Plaintiff's complaint be dismissed without prejudice for failure to timely serve Defendants. The order noted the receipt of a letter from Plaintiff on June 7, 2022, claiming that someone named Zaria Davis had paid $170 for assistance from the Marshal's Service in serving the complaint. However, Plaintiff was notified that the Clerk had no record of such payment. The order further noted Plaintiff's failure to provide evidence of payment, such as a receipt. (ECF No. 20.) The deadline set forth in the order has now expired, without a response from Plaintiff.

Therefore, I recommend that Plaintiff's complaint be dismissed without prejudice as to all Defendants pursuant to Fed. R. Civ. P. 4(m) for failure to effect timely service.

Dated: August 19, 2022   /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  See *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).