UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVONTAE QUINTEZ WHITE,

    Plaintiff,

v.

    Case No. 1:21-cv-979

    Hon. Hala Y. Jarbou

DAVID GILLEM, et al.,

    Defendants.
_____/

## ORDER

On August 19, 2022, Magistrate Judge Sally J. Berens issued a Report and Recommendation recommending that this action be dismissed without prejudice (R&R, ECF No. 21). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 2, 2022. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Dated: September 16, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE